# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00436-CV

**North Forest Independent School District; Dr. Linda Robinson, Individually and as a Member of the North Forest Independent School District Board of Trustees and Dr. Silvia Brooks Williams, Individually and as a Member of the North Forest Independent School District Board of Trustees, Appellants**

**v.**

**Michael L. Williams, State Commissioner of Education; and Lizette Gonzales Reynolds, Chief Deputy Administrator and Deligee of Defendant Michael L. Williams, State Commissioner of Education, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT NO. D-1-GN-13-001789, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

We deny appellants' "Renewed Emergency Request for Writ of Injunction to Preserve Court's Jurisdiction Over Pending Appeal."

It is ordered on June 27, 2013.

Before Justices Puryear, Pemberton, and Rose